UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KELVIN JACKSON | CIVIL ACTION |
| VERSUS | NO. 24-1306 |
| UNITED STATES POSTAL SERVICE, *et al.* | SECTION M (1) |

### ORDER & REASONS

Before the Court is a motion filed by defendant the United States of America (the "United States") to dismiss the claims brought against the United States Postal Service ("USPS") for lack of subject-matter jurisdiction.[1] The motion is set for submission on October 17, 2024.[2] Local Rule 7.5 of the United States District Court for the Eastern District of Louisiana requires that a memorandum in opposition to a motion be filed no later than eight days before the noticed submission date, making the deadline in this instance October 9, 2024. Plaintiff Kelvin Jackson, who is represented by counsel, did not file an opposition to the motion. Accordingly, because the motion is unopposed and appears to have merit,[3]

IT IS ORDERED that the United States's motion to dismiss the USPS is GRANTED, and Jackson's claims against the USPS are DISMISSED WITHOUT PREJUDICE.

---

[1] R. Doc. 15.
[2] R. Docs. 15-2.
[3] This case concerns an automobile accident that involved a USPS employee working in the course and scope of his employment. R. Doc. 1 at 1-2. Jackson filed this suit against the USPS and the United States alleging that he was injured when his vehicle was hit by a USPS vehicle driven by a USPS employee. *Id.* at 2-3. At present, the United States seeks dismissal of the USPS as a defendant because the United States alone is the proper party. R. Doc. 15. It is correct. Because "[t]he FTCA vests district courts with exclusive jurisdiction of civil actions on claims against the United States, for money damages, … the United States, and not the agency itself, is the proper defendant in an FTCA action." *Nguyen v. U.S. Postal Serv.,* 2024 WL 655578, at *1 (5th Cir. Feb. 16, 2024) (quotations, internal citation, and alteration omitted). Thus, this court does not have jurisdiction over Jackson's FTCA claim against the USPS, which must be dismissed without prejudice. *Id.* at *2.

New Orleans, Louisiana, this 10th day of October, 2024.

                                                        _____
                                                        BARRY W. ASHE
                                                        UNITED STATES DISTRICT JUDGE